# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ABM INDUSTRY GROUPS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 4:24-CV-03353 |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | § § § | |
| Defendants. | § § § § | |

## NOTICE OF APPEARANCE

Assistant U.S. Attorney Shawn Ren hereby enters his appearance as counsel for Defendants.

Dated: October 9, 2024              Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: */s/ Shawn Ren*
Shawn Ren
Assistant United States Attorney
Southern District No. 3892202
Texas Bar No. 24132873
1000 Louisiana, Suite 2300
Houston, Texas 77002
Tel: (713) 567-9600
Fax: (713) 718-3303
E-mail: shawn.ren@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on October 9, 2024, the foregoing was filed and served on counsel for Plaintiff via the Court's CM/ECF service.

/s/ *Shawn Ren*
Shawn Ren
Assistant United States Attorney