UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABM INDUSTRY GROUPS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:24-CV-03353 |
| UNITED STATES DEPARTMENT OF LABOR, a federal administrative agency, *et al.*, | § § § § | |
| Defendants. | § § § | |

## DEFENDANTS' UNOPPOSED MOTION TO VACATE PRELIMINARY INJUNCTION

Plaintiff ABM Industry Groups, LLC ("ABM"), and Defendants United States Department of Labor, the Office of Federal Contract Compliance Programs, and Julie Su, Michele Hodge, and Willow Eden Fort, in their official capacities (collectively, "Defendants"), have agreed to fully settle both this action and the underlying administrative proceeding. As part of the settlement agreement, ABM has agreed to dismiss this action with prejudice.

Defendants hereby move for the Court to vacate and set aside the injunctive relief provided in its prior Memorandum Opinion and Order, ECF No. 28. ABM has reviewed this Motion and is unopposed.

A proposed order accompanies this Motion.

.

Dated: December 20, 2024                    Respectfully submitted,

                                            ALAMDAR S. HAMDANI
                                            UNITED STATES ATTORNEY

                                            /s/ *Shawn D. Ren*
                                            Assistant United States Attorney
                                            Texas Bar No. 24132873
                                            Southern District No. 3892202

                                            Lisa Luz Parker, Attorney-in-Charge
                                            Assistant United States Attorney
                                            Texas Bar No. 24099248
                                            Southern District No. 3495931

                                            1000 Louisiana, Suite 2300
                                            Houston, Texas 77002
                                            Tel: (713) 567-9489
                                            Fax: (713) 718-3303
                                            E-mail: lisa.luz.parker@usdoj.gov
                                            E-mail: shawn.ren@usdoj.gov

## **CERTIFICATE OF CONFERENCE**

Counsel for Defendants conferred with counsel for Plaintiff via email regarding this motion on December 20, 2024. Plaintiff is unopposed to the motion.

                                                  */s/ Shawn D. Ren*
                                                  Shawn D. Ren
                                                  Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2024, the foregoing was filed and served on counsel for Plaintiff via the Court's CM/ECF service.

                                                  */s/ Shawn Ren*
                                                  Shawn D. Ren
                                                Assistant United States Attorney