# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ABM INDUSTRY GROUPS, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:24-CV-03353 |
| UNITED STATES DEPARTMENT OF LABOR, a federal administrative agency, *et al.*, | § | |
| Defendants. | § | |

## ORDER VACATING AND SETTING ASIDE PRELIMINARY INJUNCTION

Defendants United States Department of Labor, the Office of Federal Contract Compliance Programs, and Julie Su, Michele Hodge, and Willow Eden Fort, in their official capacities (collectively, "Defendants"), have filed an unopposed motion to vacate and set aside the injunctive relief provided in the Court's Memorandum Opinion and Order, ECF No. 28. Upon consideration, the Court hereby **GRANTS** Defendants' Unopposed Motion to Vacate Preliminary Injunction.

It is hereby **ORDERED, ADJUDGED, AND DECREED** that the injunctive relief provided in the Court's prior Memorandum Opinion and Order, ECF No. 28, is hereby vacated and set aside, and accordingly is no longer in effect.

IT IS SO ORDERED.

Signed on _December 23_____, 2024, at Houston, Texas.

_____
Sim Lake
United States District Judge